**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark D. Hutchin<br>　　　　Shantel M. Hutchin<br>　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 25-20241 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of BONCIDIUM, LLC and index same on the master mailing list.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ *Brent J. Lemon*
　　　　　　　　　　　　―――――――――――――
　　　　　　　　　　　　Brent Lemon
　　　　　　　　　　　　05 Feb 2025, 12:53:17, EST

　　　　　　　　　　　　Denise Carlon, Esq. (317226)　☐
　　　　　　　　　　　　Brent Lemon, Esq. (86478)　　☑
　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　bkgroup@kmllawgroup.com