**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Mark D. Hutchin | : | Case No. 25-20241 GLT |
| Shantel M. Hutchin | : | Chapter 13 |
| **Debtors** | : | Docket No. |
| | : | |
| Mark D. Hutchin | : | |
| Shantel M. Hutchin | : | |
| **Movants** | : | |
| vs. | : | (Prior Ch. 13 bankruptcy case filed at |
| | : | docket number 23-21856 GLT and dismissed |
| | : | by order of court dated May 23, 2024) |
| Borough of Castle Shannon Sewage, County Of Allegheny, Castle Shannon Borough, Keystone Oaks School District, Landhome Financial Services, KML Law Group, Pinnacle Credit Servicing, ECMC, Resurgent Capital, Pendrick Capital Services, Peritus, Duquesene Light, UPMC Physician Services, UPMC Health Services, US Dept. of Education, | : : : : : : : | Related to Doc. No. 4 |
| **Respondents** | : | |

## ORDER OF COURT

AND NOW, to wit, this ___21st___ day of __February__, 2025, it is hereby Ordered, Adjudged, and Decreed that the Automatic Stay in the case of Mark D. Hutchin and Shantel M. Hutchin, is hereby EXTENDED beyond 30 days and shall continue in full force and effect until further Order of Court or dismissal of this case.

_____sjk_____
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
2/21/25 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark D. Hutchin  
Shantel M. Hutchin  
    Debtors

Case No. 25-20241-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Feb 21, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2025:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Mark D. Hutchin, Shantel M. Hutchin, 3158 May Street, Pittsburgh, PA 15234-2729

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:

**Name**      **Email Address**

Brent J. Lemon  
     on behalf of Creditor BONCIDIUM  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Jennifer L. Cerce  
     on behalf of Creditor Keystone Oaks School District jlc@mbm-law.net

Kenneth Steidl  
     on behalf of Debtor Mark D. Hutchin julie.steidl@steidl-steinberg.com  
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl  
     on behalf of Joint Debtor Shantel M. Hutchin julie.steidl@steidl-steinberg.com  
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
 btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 7