# IN THE UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF PENNSYLVANIA

In re: Mark Hutchin                                                                 Case No: 25-20241

Chapter: 13

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY

Santander Consumer USA

Comes now Santander Consumer USA and withdraws claim number (4) previously filed in the above referenced bankruptcy action on or about 04/08/2025.

**Respectfully submitted,**

/s/Abel Marin

**SANTANDER BANK, N.A.; AS**

**SERVICER FOR SANTANDER CONSUMER**

**USA Inc.**

P.O. Box 560284

Dallas, TX 75356