FILED
5/5/25 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT

### WESTERN DISTRICT OF PENNSYLVANIA

In re: Mark Hutchin

Case No: 25-20241

**Chapter: 13**        Related to Docket No. 39

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY

**Santander Consumer USA**

Comes now Santander Consumer USA and withdraws claim number (4) previously filed in the above referenced bankruptcy action on or about 04/08/2025.

Respectfully submitted,

/s/Abel Marin

SANTANDER BANK, N.A.; AS

SERVICER FOR SANTANDER CONSUMER

USA Inc.

P.O. Box 560284

Dallas, TX 75356

SO ORDERED
May 05, 2025

_drb_

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Mark D. Hutchin

Shantel M. Hutchin

    Debtors

Case No. 25-20241-GLT

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2
Date Rcvd: May 05, 2025 | Form ID: pdf900 | Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2025:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Mark D. Hutchin, Shantel M. Hutchin, 3158 May Street, Pittsburgh, PA 15234-2729
cr      +   Santander Bank, N.A., as servicer for Santander Co, P.O. Box 560284, Fort Worth, TX 75356, UNITED STATES 75356-0284

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Denise Carlon
     on behalf of Creditor BONCIDIUM  LLC dcarlon@kmllawgroup.com

Jennifer L. Cerce
     on behalf of Creditor Keystone Oaks School District jlc@mbm-law.net

Kenneth Steidl
     on behalf of Joint Debtor Shantel M. Hutchin julie.steidl@steidl-steinberg.com
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
     on behalf of Debtor Mark D. Hutchin julie.steidl@steidl-steinberg.com
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: May 05, 2025

Form ID: pdf900

Total Noticed: 2

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard Monti
    on behalf of Creditor County of Allegheny rmonti@grblaw.com

Richard Monti
    on behalf of Creditor Borough of Castle Shannon rmonti@grblaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Tammy Benoza
    on behalf of Creditor Land Home Financial Services  Inc., as servicer for Boncidium, LLC bankruptcy@fskslaw.com

Tammy Benoza
    on behalf of Creditor LAND HOME FINANCIAL SERVICES bankruptcy@fskslaw.com


TOTAL: 11