IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Mark D. Hutchin ) | |
| Shantel M. Hutchin, ) | Case No. 25-20241 GLT |
|    *Debtors* ) | Chapter 13 |
| ) | Related to Docket No. 53 |
| Mark D. Hutchin ) | |
| Shantel M. Hutchin, ) | |
|    *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| Argolica LLC, Borough of Castle Shannon, County ) | |
| of Allegheny, Duquesne Light Company, ECMC, ) | |
| Keystone Oaks School District, Land Home ) | |
| Financial Services Inc., Peritus Portfolio Services ) | |
| II, LLC, Pendrick Capital Partners, PA Dept. of ) | |
| Revenue, Pinnacle Credit Services, Santander Bank,) | |
| US Dept. of Education, UPMC Health Services, ) | |
| and Ronda Winnecour, Trustee, ) | |
|    *Respondents* ) | |

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on August 6, 2025, a true and correct copy of the *Order of Court dated August 5, 2025* was served by the following methods, postage prepaid, upon the following persons and parties:

**Service by Certified & Regular US Mail:**
ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

Date of Service: <u>August 6, 2025</u>                  /s/ Kenneth Steidl
                                                                               Kenneth Steidl, Esquire
                                                                               Attorney for the Debtor
                                                                               STEIDL & STEINBERG, P.C.
                                                                               436 Seventh Ave., Suite 322
                                                                               Pittsburgh, PA 15219
                                                                               (412) 391-8000
                                                                               ken.steidl@steidl-steinberg.com
                                                                               PA I.D. No. 34965

```
Label Matrix for local noticing          Argolica, LLC                            Tammy Benoza
0315-2                                   2003. Western Ave.                       Fein, Such, Kahn & Shepard P.C.
Case 25-20241-GLT                        Suite 340                                6 Campus Drive
WESTERN DISTRICT OF PENNSYLVANIA         Seattle, WA 98121-2162                   Ste 304
Pittsburgh                                                                        Parsippany, NJ 07054-4673
Wed Aug  6 11:26:30 EDT 2025

Borough of Castle Shannon                Borough of Castle Shannon Sewage         Denise Carlon
c/o GRB Law                              c/o Jordan Tax Service Inc.              KML Law Group, P.C.
Richard A. Monti, Esq.                   102 Rahway Road                          701 Market Street
525 William Penn Place                   Canonsburg, PA 15317-3349                Suite 5000
Suite 3110                                                                        Philadelphia, PA 19106-1541
Pittsburgh, PA 15219-1753

Castle Shannon Borough                   Castle Shannon Borough                   Jennifer L. Cerce
3310 McRoberts Road                      c/o Jeffery Hunt, Esq.                   Maiello Brungo & Maiello
Pittsburgh, PA 15234-2711                525 William Penn Place                   Southside Works
                                         Suite 3110                               424 S. 27th Street, Ste 210
                                         Pittsburgh, PA 15219-1753                Pittsburgh, PA 15203-2380

County of Allegheny                      County of Allegheny                      Duquese Light Company
c/o GRB Law                              c/o John K. Weinstein                    411 Seventh Avenue
Richard A. Monti, Esq.                   PO Box 643385                            Pittsburgh, PA 15219-1942
525 William Penn Place                   Pittsburgh, PA 15264-3385
Suite 3110
Pittsburgh, PA 15219-1753

Duquesne Light Company                   ECMC                                     (p)BERNSTEIN BURKLEY PC
c/o Bernstein-Burkley, P.C.              PO Box 16408                             ATTN KERI EBECK
601 Grant Street, 9th Floor              Saint Paul, MN 55116-0408                601 GRANT STREET
Pittsburgh, PA 15219-4430                                                         9TH FLOOR
                                                                                  PITTSBURGH PA 15219-4430

Goehring, Rutter & Boehm                 Mark D. Hutchin                          Shantel M. Hutchin
Frick Building                           3158 May Street                          3158 May Street
437 Grant Street, 14th Floor             Pittsburgh, PA 15234-2729                Pittsburgh, PA 15234-2729
Pittsburgh, PA 15219-6101

KML Law Group                            Keystone Oaks School District            Keystone Oaks School District
701 Market St.- Suite 5000               c/o Maiello Brungo & Maiello, LLP        c/o MBM Collections LLC
Philadelphia, PA 19106-1541              Foxpointe II                             100 Purity Rd
                                         100 Purity Road                          Suite 3
                                         Suite 3                                  Pittsburgh, PA 15235-4441
                                         Pittsburgh, PA 15235-4441

Land Home Financial Services, Inc., as servi  Land Home Finanical Services        Michael G. McCabe, Esq
3611 South Harbor Boulevard, Suite 100   P.O. BOX 660155                          525 William Penn Place
Santa Ana, CA 92704-7915                 DALLAS, TX 75266-0155                    Suite 3110
                                                                                  Pittsburgh, PA 15219-1753

Richard Monti                            Office of the United States Trustee      PERITUS PORTFOLIO SERVICES II, LLC
Grb Law                                  1000 Liberty Avenue                      Peritus Portfolio Services II, LLC
525 William Penn Pl                      Suite 1316                               PO Box 1149
Suite 3110                               Pittsburgh, PA 15222-4013                Grapevine, TX 76099-1149
Pittsburgh
Pittsburgh, PA 15219-1753

Pendrick Capital Partners & Peritus      Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue
Po Box 141419                            Bankruptcy Division                      Department 280946
Irving, TX 75014-1419                    P.O. Box 280946                          P.O. Box 280946
                                         Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION
                                                                                  Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Pinnacle Credit Services<br>c/o Resurgent Capital<br>PO Box 10587<br>Greenville, SC 29603-0587 | Pinnacle Credit Services LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Santander Bank, N.A., as servicer for Santan<br>P.O. Box 560284<br>Fort Worth, TX 75356 United States 75356-0284 |
| Santander Bank, N.A.; as<br>servicer for Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | U.S. Department of Education c/o Nelnet<br>121 South 13th Street<br>LINCOLN, NE 68508-1904 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | US Dept of Education<br>PO Box 16448<br>Saint Paul, MN 55116-0448 |
| Bobby West<br>Coldwell Banker Real Estate<br>5887 Forbes Ave.<br>Pittsburgh, PA 15217-1601 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Keri P. Ebeck
Bernstein-Burkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BONCIDIUM, LLC | (d)Borough of Castle Shannon<br>c/o GRB Law<br>Richard A. Monti, Esq.<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 | (d)County of Allegheny<br>c/o GRB Law<br>Richard A. Monti, Esq.<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 |
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (u)LAND HOME FINANCIAL SERVICES | (u)Land Home Financial Services, Inc., as ser<br>FEIN, SUCH, KAHN & SHEPARD, P.C. |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     6
Total                  46