FILED
8/5/25 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Mark D. Hutchin ) | |
| Shantel M. Hutchin, ) | Case No. 25-20241 GLT |
| *Debtors* ) | Chapter 13 |
| ) | Docket No. 47 |
| Mark D. Hutchin ) | |
| Shantel M. Hutchin, ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| Argolica LLC, Borough of Castle Shannon, County ) | |
| of Allegheny, Duquesne Light Company, ECMC, ) | |
| Keystone Oaks School District, Land Home ) | |
| Financial Services Inc., Peritus Portfolio Services ) | |
| II, LLC, Pendrick Capital Partners, PA Dept. of ) | |
| Revenue, Pinnacle Credit Services, Santander Bank, ) | |
| US Dept. of Education, UPMC Health Services, ) | |
| and Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, to wit, this ___5th___ day of ___August___, 2025, upon consideration of the *Application to Employ Realtor to Sell Debtor's Real Property*, it is

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Bobby West, and Coldwell Banker Realty, 5887 Forbes Avenue, Pittsburgh, PA 15217, is hereby appointed as **Realtor** in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Movant's agent in connection with the sale of real estate located at 3158 May Street, Pittsburgh, PA 15234  A realtor commission in the amount of 3.5% plus $500.00 together with the seller's broker's commission of 2.5% is tentatively approved, subject to final Court order.

3. Professional personals or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

Prepared by:   Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: August 05, 2025

_____
Gregory L. Taddonio   hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20241-GLT |
| Mark D. Hutchin | Chapter 13 |
| Shantel M. Hutchin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 05, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark D. Hutchin, 3158 May Street, Pittsburgh, PA 15234-2729 |
| jdb | + | Shantel M. Hutchin, 3158 May Street, Pittsburgh, PA 15234-2729 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor BONCIDIUM  LLC dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | |
| | on behalf of Creditor Keystone Oaks School District jlc@mbm-law.net |
| Kenneth Steidl | |
| | on behalf of Debtor Mark D. Hutchin julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Shantel M. Hutchin julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 05, 2025 | Form ID: pdf900 | Total Noticed: 2

eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard Monti
on behalf of Creditor County of Allegheny rmonti@grblaw.com

Richard Monti
on behalf of Creditor Borough of Castle Shannon rmonti@grblaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Tammy Benoza
on behalf of Creditor Land Home Financial Services  Inc., as servicer for Boncidium, LLC bankruptcy@fskslaw.com

Tammy Benoza
on behalf of Creditor LAND HOME FINANCIAL SERVICES bankruptcy@fskslaw.com

TOTAL: 11