# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

IN RE:                                                              CASE NO.: 25-20241
                                                                                                                                CHAPTER 13

Mark D. Hutchin,
   Debtor.

Shantel M. Hutchin,
   Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                            Attorney for Secured Creditor
                                                            130 Clinton Rd #202
                                                            Fairfield, NJ 07004
                                                            Telephone: 470-321-7112
                                                            Facsimile: 404-393-1425

                                                            By: _/s/Robert Shearer_
                                                                Robert Shearer, Esquire
                                                                Pennsylvania Bar No. 83745
                                                                Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

MARK D. HUTCHIN
3158 MAY STREET
PITTSBURGH, PA 15234

SHANTEL M. HUTCHIN
3158 MAY STREET
PITTSBURGH, PA 15234

And via electronic mail to:

STEIDL & STEINBERG
SUITE 2830 GULF TOWER,707 GRANT STREET
PITTSBURGH, PA 15219

STEIDL & STEINBERG
SUITE 2830 GULF TOWER,707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER,600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE,SUITE 1316
PITTSBURGH, PA 15222

By: /s/ Angela Gill