2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 25-20241-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mark D. Hutchin<br>3158 May Street<br>Pittsburgh PA 15234 | Shantel M. Hutchin<br>3158 May Street<br>Pittsburgh PA 15234 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/11/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Land Home Financial Services, Inc., as servicer fo, 3611 South Harbor Boulevard, Suite 100, Santa Ana, CA 92701 | U.S. Bank Trust National Association<br>Selene Finance LP<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/14/25

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20241-GLT |
| Mark D. Hutchin | Chapter 13 |
| Shantel M. Hutchin | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Sep 12, 2025      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16520669 | ^ MEBN | Sep 13 2025 00:21:00 | Land Home Financial Services, Inc., as servicer fo, 3611 South Harbor Boulevard, Suite 100, Santa Ana, CA 92704-7915 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

**Name**            **Email Address**
Denise Carlon
                    on behalf of Creditor BONCIDIUM LLC dcarlon@kmllawgroup.com

Jennifer L. Cerce
                    on behalf of Creditor Keystone Oaks School District jlc@mbm-law.net

Kenneth Steidl
                    on behalf of Debtor Mark D. Hutchin julie.steidl@steidl-steinberg.com
                    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
                    on behalf of Joint Debtor Shantel M. Hutchin julie.steidl@steidl-steinberg.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 12, 2025 | Form ID: trc | Total Noticed: 1

| | |
|---|---|
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Borough of Castle Shannon rmonti@grblaw.com |
| Richard Monti | on behalf of Creditor County of Allegheny rmonti@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tammy Benoza | on behalf of Creditor Land Home Financial Services Inc., as servicer for Boncidium, LLC bankruptcy@fskslaw.com |
| Tammy Benoza | on behalf of Creditor LAND HOME FINANCIAL SERVICES bankruptcy@fskslaw.com |

TOTAL: 11