FILED
10/22/25 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 25-20241-GLT |
| | : | Chapter: | 13 |
| Mark D. Hutchin | : | | |
| Shantel M. Hutchin | : | | |
| | : | Date: | 10/22/2025 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #29- Contested Confirmation of Plan Dated 3/27/2025
#38 - Objection filed by Land Home Financial Serivces

[# 61 Conciliation NOT hearing held. Contested Confirmation Hearing requested - Lack of payments. From 9/29/2025 341 Meeting. DEBTOR HAS FAILED TO APPEAR AT 3 SCHEDULED 341 MEETINGS. NO INFORMATION ON THE PROGRESS OF SALE]

**APPEARANCES**:

| | |
|---|---|
| Debtor: | Abagale Steidl (Mark Hutchin, Shantel Hutchin) |
| Trustee: | Ronda J. Winnecour |
| Land Home Financial: | Tammy Benoza |
| US Bank Trust NA: | Christopher Wright |

[10:23]
**NOTES:**

Winnecour: This is the Debtor's third chapter 13 case. First case was filed in November of 2022 at 22-22197. I received no payments in that case. The second case filed October 16, 2023 at 23-21856. Debtor paid a total of $531. This case was filed on January 31, 2025. The Debtor failed to appear at three 341 meetings. One absence in July was excused. I have received no payments. I am requesting dismissal.

Steidl: The recitation given by the trustee is factual. I would request that you can hear directly from the Debtor. I do believe that the real estate has not yet been listed.

M. Hutchin: The only meeting I was aware of was on September 29th, and that's because my wife is sick. Before this, she was door dashing, which was really helping us out. I did talk to Bobby Wess Realty, but he needs to set up the photographs for the listing.

Court: The broker was approved in August.

M. Hutchin: We had a setback when we had the gas company come. There was a leak between our meter and the curb. It took a week for them to get all of that done. It was my responsibility to fix the gas line and get everything cleaned up.

Court: When did you become aware of the gas line issue?

M. Hutchin: Before the last Zoom meeting I had. They had to reschedule it. I somehow missed the follow up meeting on the 29th. I rely on email too much.

Court: So it took 3 months to get the gas issue rectified?

M. Hutchin: It took a week for them to come, and then two weeks to fix it. Then we had to make it look better. I promise you that the property will be listed in the next two weeks.

Court: Well, the problem is that there are three areas where there is a lack of effort. The common issue is the inability to make payments. It's not a good record at this point.

M. Hutchin: I thought this was contingent upon me selling the property.

Steidl: It was a payment of $400/month and then when the property is sold it would supplement plan payments and ongoing payments.

Court: I have nothing here to indicate that there is a good faith effort being made here.

M. Hutchin: I am not sure what a 341 meeting is.

Court: Did you attend the other 341 meetings in the other cases?

Winnecour: I don't have that information readily available.

M. Hutchin: I'm sorry. I didn't mean any disrespect.

Court: In two prior cases, you did eventually attend the 341 meeting. It appears like this is an effort to stall the case to keep it active with minimum activity. Let me ask to hear from the creditors.

Benoza: Nothing to add.

Wright: Nothing to add.

Steidl: If you do give the Debtor another chance, we will continue to do our best with communication.

Winnecour: Even if the house went up for sale, the plan arrears are $3200. This would have to be made current, and this is on top of the sale proceeds.

***OUTCOME:***

1. For the reasons stated on the record at the October 22, 2025 hearing, the confirmation of the Debtor's *Chapter 13 Plan dated 03/27/2025* [Dkt. No. 29] is **DENIED**. [Text Order]

2. For the reasons stated on the record at the October 22, 2025 hearing, case 25-20241 is **DISMISSED**. The Court will issue an order to show cause and will retain jurisdiction to decide whether dismissal should be with or without prejudice. [Chambers to Issue]

**DATED:** 10/22/2025