Form 310

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mark D. Hutchin** | : | Case No. 25−20241−GLT |
| **Shantel M. Hutchin** | : | Chapter: 13 |
| *Debtor(s)* | : | |

## ORDER DISMISSING CASE WITH PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 24th of November, 2025,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is ***DISMISSED, with prejudice***, pursuant to *11 U.S.C. §109(g)*, ***the Debtor(s) is/are ineligible to file bankruptcy under any chapter for one hundred and eighty (180) days***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later***.

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

(5)The case is dismissed with prejudice effective as of 10/31/25.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrator to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-20241-GLT

Mark D. Hutchin Chapter 13

Shantel M. Hutchin

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: Nov 24, 2025     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark D. Hutchin, Shantel M. Hutchin, 3158 May Street, Pittsburgh, PA 15234-2729 |
| r | + | Bobby West, Coldwell Banker Real Estate, 5887 Forbes Ave., Pittsburgh, PA 15217-1601 |
| cr | + | Keystone Oaks School District, c/o Maiello Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Suite 3 Pittsburgh, PA 15235-4441 |
| 16489533 | + | Castle Shannon Borough, c/o Jeffery Hunt, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16489534 | + | Castle Shannon Borough, 3310 McRoberts Road, Pittsburgh, PA 15234-2711 |
| 16489535 | + | County of Allegheny, c/o John K. Weinstein, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 16489539 | + | Keystone Oaks School District, c/o MBM Collections LLC, 100 Purity Rd, Suite 3, Pittsburgh, PA 15235-4441 |
| 16489541 | | Land Home Finanical Services, P.O. BOX 660155, DALLAS, TX 75266-0155 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 25 2025 00:46:00 | Borough of Castle Shannon, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 25 2025 00:46:00 | County of Allegheny, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 25 2025 00:47:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 560284, Fort Worth, TX 75356, UNITED STATES 75356-0284 |
| 16523882 | + | Email/Text: ebnjts@grblaw.com | Nov 25 2025 00:46:00 | Borough of Castle Shannon, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16489532 | ^ | MEBN | Nov 25 2025 00:37:14 | Borough of Castle Shannon Sewage, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 16523886 | + | Email/Text: ebnjts@grblaw.com | Nov 25 2025 00:46:00 | County of Allegheny, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16489536 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 25 2025 00:47:00 | Duquese Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 16519849 | + | Email/Text: jdryer@bernsteinlaw.com | Nov 25 2025 00:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16489537 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 25 2025 00:47:00 | ECMC, PO Box 16408, Saint Paul, MN |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 55116-0408 |
| 16489538 | + | Email/Text: ebnjts@grblaw.com | Nov 25 2025 00:46:00 | Goehring, Rutter & Boehm, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 16489540 | ^ | MEBN | Nov 25 2025 00:36:30 | KML Law Group, 701 Market St.- Suite 5000, Philadelphia, PA 19106-1541 |
| 16520669 | ^ | MEBN | Nov 25 2025 00:36:59 | Land Home Financial Services, Inc., as servicer fo, 3611 South Harbor Boulevard, Suite 100, Santa Ana, CA 92704-7915 |
| 16489542 | | Email/Text: ebnjts@grblaw.com | Nov 25 2025 00:46:00 | Michael G. McCabe, Esq, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16517051 | + | Email/Text: peritus@ebn.phinsolutions.com | Nov 25 2025 00:47:00 | PERITUS PORTFOLIO SERVICES II, LLC, Peritus Portfolio Services II, LLC, PO Box 1149, Grapevine, TX 76099-1149 |
| 16489543 | | Email/Text: perituspendrick@peritusservices.com | Nov 25 2025 00:46:00 | Pendrick Capital Partners & Peritus, Po Box 141419, Irving, TX 75014-1419 |
| 16489544 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 00:49:27 | Pinnacle Credit Services, c/o Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 16514703 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 00:48:41 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16519470 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 25 2025 00:47:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 16579313 | + | Email/Text: RASEBN@raslg.com | Nov 25 2025 00:46:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 16578871 | + | Email/Text: bkteam@selenefinance.com | Nov 25 2025 00:46:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 16505572 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 25 2025 00:47:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1904 |
| 16489545 | + | Email/Text: BNCnotices@dcmservices.com | Nov 25 2025 00:46:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16489546 | | Email/Text: BNCnotices@dcmservices.com | Nov 25 2025 00:46:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16489547 | + | Email/Text: EDBKNotices@ecmc.org | Nov 25 2025 00:46:00 | US Dept of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BONCIDIUM, LLC |
| cr | | LAND HOME FINANCIAL SERVICES |
| cr | | Land Home Financial Services, Inc., as servicer fo, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | | U.S. Bank Trust National Association |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16523884 | *+ | Borough of Castle Shannon, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16489531 | ##+ | Argolica LLC, 2003. Western Ave., Suite 340, Seattle, WA 98121-2162 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf900 | Total Noticed: 32 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
on behalf of Creditor BONCIDIUM LLC dcarlon@kmllawgroup.com

Jennifer L. Cerce
on behalf of Creditor Keystone Oaks School District jlc@mbm-law.net

Kenneth Steidl
on behalf of Joint Debtor Shantel M. Hutchin julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Mark D. Hutchin julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Michelle L. McGowan
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard Monti
on behalf of Creditor Borough of Castle Shannon rmonti@grblaw.com

Richard Monti
on behalf of Creditor County of Allegheny rmonti@grblaw.com

Robert Shearer
on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Tammy Benoza
on behalf of Creditor Land Home Financial Services Inc., as servicer for Boncidium, LLC bankruptcy@fskslaw.com

Tammy Benoza
on behalf of Creditor LAND HOME FINANCIAL SERVICES bankruptcy@fskslaw.com

TOTAL: 13